IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25-CV-713-MOC-DCK

| | | |
|---|---|---|
| **ABDUL HASSAN RAHMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **ORDER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CHRISTOPHER M. HEFFRON, et al.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Accept Late Filing Of Complaint And Summons" (Document No. 2) filed September 18, 2025. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion with modification.

By the instant motion, *pro se* Plaintiff asserts that his "filing deadline for the Complaint and Summons was September 17, 2025." (Document No. 2). Plaintiff asserts that "[o]n that date, [he] personally went to the Charlotte Clerk's Office of the U.S. District Court for the Western District of North Carolina to file the Complaint and Summons," but discovered upon arrival that the Clerk's Office was closed that day for training. Id. Plaintiff accordingly requests "that the Court accept the filing of the Complaint and Summons as timely." Id.

The instant motion does not provide sufficient detail regarding Plaintiff's asserted "filing deadline" of September 17, 2025, and the undersigned expresses no opinion as to whether Plaintiff's Complaint was timely filed. However, the Court will direct that the Clerk's Office issue

process as appropriate to permit Plaintiff to serve his Complaint on Defendants, so that this matter can proceed to a determination on the merits.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To Accept Late Filing Of Complaint And Summons" (Document No. 2) is **GRANTED with modification** as described herein. Specifically, the undersigned expresses no opinion as to whether Plaintiff's Complaint was timely filed, but accepts Plaintiff's filing to the extent necessary for process to issue.

**IT IS FURTHER ORDERED** that the Clerk of Court is respectfully directed to issue process and to provide such process to Plaintiff for service as appropriate in this matter.

**SO ORDERED**.

Signed: September 23, 2025

David C. Keesler
United States Magistrate Judge