IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25-CV-713-MOC-DCK

| ABDUL HASSAN RAHMAN, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER |
| CHRISTOPHER M. HEFFRON, et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendants' "Motion For Extension Of Time To Answer Or Otherwise Respond To The Complaint" (Document No. 13) filed January 5, 2026. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendants' "Motion For Extension Of Time To Answer Or Otherwise Respond To The Complaint" (Document No. 13) is **GRANTED**. Defendants shall file an Answer, or otherwise respond to Plaintiff's "Amended Civil Complaint" (Document No. 10) on or before **February 5, 2026**.

**SO ORDERED**.

Signed: January 6, 2026

David C. Keesler
United States Magistrate Judge